

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00507-CV

**IN THE INTEREST OF R.G.M.R. A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01101
Honorable Peter Sakai, Judge Presiding

## O R D E R

In this accelerated appeal of the June 22, 2018 order terminating Appellant father's parental rights, Appellant's brief was due to be filed with this court on August 30, 2018. *See* TEX. R. APP. P. 38.6(a). After the extended due date, Appellant father filed a motion for a twenty-day extension of time to file Appellant's brief until September 19, 2018.

Appellant's motion is GRANTED. Appellant father's brief is due on September 19, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court